UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------

24 Cr. 707 (GBD)

UNITED STATES OF AMERICA,

[~~PROPOSED~~] ORDER

-against-

IGORS KRICFALUSIJS et al.,

Defendants.

----------------------------------------------------

Upon the application of IGORS KRICFALUSIJS, a defendant in this matter, by his attorney Patrick Joyce Esq., for an order authorizing the appointment of Yamina Sara Chekroun, Esq., as associate counsel, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Yamina Sara Chekroun, Esq., is appointed to assist in the representation of IGORS KRICFALUSIJS in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred ten dollars ($110) per hour, for a maximum of 20 hours.

Dated: New York, New York

FEB 24 2025
February __, 2024

SO ORDERED

*/s/ George B. Daniels*

The Honorable George B. Daniels
District Judge, United States District Court Southern District of New York

This document was entered on the docket on _____.