UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

IGORS KRICFALUSIJS

Defendant

24 CR 707 (GBD)

ORDER

---

WHEREAS, Igors Kricfalusijs is presently housed at the Hudson County Correctional Facility,

WHEREAS, Igors Kricfalusijs is presently scheduled to stand trial in the above captioned case in November of this year, and

WHEREAS, Igors Kricfalusijs has been provided electronic discovery in this case.

IT IS HERBY ORDERED, the Hudson County Correctional facility provide to Igors Kricfalusijs an individual lap top computer on a daily basis so he may properly prepare for trial.

Dared: New York, New York
July 14, 2026

SO ORDERED

George B. Daniels
The Honorable George Daniels
Judge of District Court