UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA, **ORDER**

- v. - 24 Cr. 707 (GBD)

IGORS KRICFALUSIJS,
Defendant.

-------------------------------------------------------------x

**ORDER REGARDING ASSOCIATE COUNSEL**

Upon the application of Angus James Bell, Esq., CJA counsel for Defendant Igors Kricfalusijs, IT IS HEREBY ORDERED that Brian Buckmire, Esq., is appointed to assist in the representation of IGORS KRICFALUSIJS in the above-captioned matter, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of $140 per hour.

SO ORDERED.

Dated: New York, New York
SEP 3 0 2026

George B. Daniels

HONORABLE GEORGE B. DANIELS
United States District Judge