Case 1:24-cr-00707-GBD Document 49 Filed 09/30/26 Page 3 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

UNITED STATES OF AMERICA,

**ORDER**

- v. -

24 Cr. 707 (GBD)

IGORS KRICFALUSIJS,

Defendant.

--------------------------------------------------------------x

**ORDER REGARDING PARALEGAL SERVICES**

Upon the application of Angus James Bell, Esq., CJA counsel for Defendant Igors Kricfalusijs, IT IS HEREBY ORDERED that Meusette Gonzalez is appointed as paralegal to assist in the representation of IGORS KRICFALUSIJS in the above-captioned matter, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of $85 per hour.

SO ORDERED.

Dated: New York, New York
October 1, 2026

George B. Daniels

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE