**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

IGORS KRICFALUSIJS,

Defendant.

ORDER

24 Crim. 707 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Kricfalusijs shall disclose the names, languages, and *curricula vitae* of his potential translation experts by Friday, October 23, 2026. Defendant Kricfalusijs shall make supplemental disclosures of any competing translations by those identified experts beginning on or before November 6, 2026. The Clerk of Court is directed to close the open letter motion at ECF No. 54.

The pretrial conference, currently scheduled for November 13, 2026, is hereby rescheduled to November 10, 2026, at 10:30 a.m.

Dated: October 21, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge