**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

IGORS KRICFALUSIJS,

Defendant.

ORDER

24 Crim. 707 (GBD)

GEORGE B. DANIELS, United States District Judge:

The motions *in limine* and reciprocal discovery deadline, currently set for October 29, 2026, is adjourned *sine die*, pending the parties' forthcoming trial adjournment request. The pretrial conference remains scheduled for November 10, 2026.

Dated: October 28, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge