Case 1:24-cr-00707-GBD Document 62 Filed 11/05/26 Page 1 of 1

# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765 Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

November 5, 2026

**SO ORDERED:**

George B. Daniels

**George B. Daniels, U.S.D.J.**

**Dated:** NOV 05 2026

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Gao, et al., 1:24-cr-00707-GBD-3 — Igors Kricfalusijs (Deft 3) Application for Interim Vouchers**

Dear Judge Daniels:

Brian G. Buckmire and I represent Igors Kricfalusijs in the above matter pursuant to the Criminal Justice Act. I write to request authorization to submit interim vouchers for the entire defense team: counsel, our paralegal and investigator, and the experts, translators and interpreters the Court has authorized.

I was appointed on September 24, 2026. The discovery in this case is substantial, and the Government has made further productions since my appointment. The defense team has dedicated significant hours to reviewing the material, working with the defense experts, and preparing for trial, and the translation work set by the Court's schedule is now underway. On November 4, 2026, the Court adjourned the trial to July 12, 2027 (ECF No. 61), so the case will continue for about eight more months before trial.

The attorneys are solo practitioners, and the other members of the team are individuals and small businesses who carry the cost of their work until they are paid. Interim payments would help the team avoid economic hardship while the case proceeds to trial.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court.

Respectfully submitted,

Angus James Bell
Angus James Bell
Brian G. Buckmire
Counsel for Igors Kricfalusijs

cc: All counsel (by ECF)